| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK | |

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning each of the debtors listed below was filed on April 4, 2011.  You may be a creditor of the Debtors.  **This notice lists important deadlines.**  You may want to consult an attorney to protect your rights.  **You are not being sued or forced into bankruptcy.**  All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov as well as (A) by written request to the Debtors' noticing and claims agent, Sbarro, Inc. Claims Processing, c/o Epiq Bankruptcy Solutions, LLC, P.O. Box 10163-4601, Grand Central Station, New York, New York 10163 or (B) by accessing the case website at http://dm.epiq11.com/sbarro.  Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, http://pacer.psc.uscourts.gov).  NOTE: The staff of the Bankruptcy Court Clerk's Office, the United States Trustee, and the Debtors' notice and claims agent cannot give legal advice.

See Below for Important Explanations

| Debtor(s) (name(s) and address)[1] | Case Number | Tax Id number |
|---|---|---|
| Sbarro, Inc. | Case No. 11-11527 (SCC) | 11-2501939 |
| Carmela's of Kirkman Operating, LLC | Case No. 11-11528 (SCC) | 16-1751182 |
| Carmela's of Kirkman LLC | Case No. 11-11529 (SCC) | 59-3827703 |
| Carmela's, LLC | Case No. 11-11530 (SCC) | 11-3728088 |
| Corest Management, Inc. | Case No. 11-11531 (SCC) | 11-3189134 |
| Demefac Leasing Corp. | Case No. 11-11532 (SCC) | 11-3342379 |
| Larkfield Equipment Corp. | Case No. 11-11533 (SCC) | 11-3117947 |
| Las Vegas Convention Center LLC | Case No. 11-11534 (SCC) | 27-1447645 |
| Sbarro America Properties, Inc. | Case No. 11-11535 (SCC) | 11-3279540 |
| Sbarro America, Inc. | Case No. 11-11536 (SCC) | 11-3189130 |
| Sbarro Blue Bell Express LLC | Case No. 11-11537 (SCC) | 03-0601419 |
| Sbarro Commack, Inc. | Case No. 11-11538 (SCC) | 11-3044007 |
| Sbarro Express LLC | Case No. 11-11539 (SCC) | 56-2550253 |
| Sbarro Holdings, LLC | Case No. 11-11540 (SCC) | 20-8343819 |
| Sbarro New Hyde Park, Inc. | Case No. 11-11541 (SCC) | 11-3306185 |
| Sbarro of Las Vegas, Inc. | Case No. 11-11542 (SCC) | 11-3282853 |
| Sbarro of Longwood, LLC | Case No. 11-11543 (SCC) | 43-2060328 |
| Sbarro of Virginia, Inc. | Case No. 11-11544 (SCC) | 11-2872309 |
| Sbarro Pennsylvania, Inc. | Case No. 11-11545 (SCC) | 11-3463530 |
| Sbarro Properties, Inc. | Case No. 11-11546 (SCC) | 11-3279541 |
| Sbarro Venture, Inc. | Case No. 11-11547 (SCC) | 11-3273182 |
| Sbarro's of Texas, Inc. | Case No. 11-11548 (SCC) | 76-0435139 |
| Umberto at the Source, LLC | Case No. 11-11549 (SCC) | 11-3348024 |
| Umberto Deer Park, LLC | Case No. 11-11550 (SCC) | 11-3378728 |
| Umberto Hauppauge, LLC | Case No. 11-11551 (SCC) | 11-3408245 |
| Umberto Hicksville, LLC | Case No. 11-11552 (SCC) | 11-3450989 |
| Umberto Huntington, LLC | Case No. 11-11553 (SCC) | 11-3288890 |
| Umberto White Plains, LLC | Case No. 11-11554 (SCC) | 11-3348159 |

| | |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include trade names):<br>Sbarro; Sbarro the Italian Eatery; Café Sbarro; Sbarro the Best Italian Choice; Mamma Sbarro; Sbarro Fresh Italian Cooking; La Cucina Di Capri; Carmela's of Brooklyn; Tony and Bruno's; 106-25A Restaurant Inc.; Mama Sbarro Fresh Meadow, LLC; and Mama Sbarro's, LLC | Attorney for Debtor(s) (name and address):<br>**Edward O. Sassower**<br>**Nicole Greenblatt**<br>**Paul Wierbicki**<br>**Kirkland & Ellis LLP**<br>**601 Lexington Avenue**<br>**New York, New York  10022**<br><br>Telephone number:  **(212) 446-4800** |

---

[1]  The service address for each of the above listed debtors is:  401 Broadhollow Road, Melville, New York 11747.

| | | | |
|---|---|---|---|
| **Meeting of Creditors** | | | |
| Date: **May 5, 2011** | Time: **3:30 P.M. (ET)** | Location: | **Office of the United States Trustee for the Southern District of New York 80 Broad Street, 4th Floor New York, New York 10004** |

**Deadline to File a Proof of Claim**
Notice of deadline will be sent at a later time.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**
Notice of deadline will be sent at a later time.

**Creditors May Not Take Certain Actions:**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the Debtors and the Debtors' property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the Debtors can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Common examples of prohibited actions by creditors are contacting the Debtors to demand repayment, taking action against the Debtors to collect money owed to creditors or to take property of the Debtors and starting or continuing collection actions, foreclosure actions or repossessions. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| Clerk of the Bankruptcy Court One Bowling Green New York, New York 10004 Telephone number: 212-668-2870 | United States Bankruptcy Court for the Southern District of New York One Bowling Green New York, New York 10004 |
| Hours Open: 8:30 a.m. to 5:00 p.m. | Date: April 8, 2011 |

| | |
|---|---|
| **Filing of Chapter 11 Bankruptcy Case** | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the Debtor(s) listed above, and an order for relief has been entered. Chapter 11 allows the Debtors to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the Debtors will remain in possession of the Debtors' property and may continue to operate any business. |
| **Legal Advice** | The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee and the Debtors' notice and claims agent cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| **Creditors Generally May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the Debtors by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the Debtors; repossessing the Debtors' property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the Debtors can request the court to extend or impose a stay. |

| **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time, and location listed above. *The Debtors' representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
|---|---|
| **Notice** | You will not receive notice of all documents filed in these chapter 11 cases. However, parties can obtain a copy of all documents filed electronically with the Court in these cases, including lists of the Debtors' property and debts, by (i) contacting the Clerk of the Court at One Bowling Green, New York, New York 10004-1408; (ii) accessing the Court's website at www.nysb.uscourts.gov (note that a PACER http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Court's website); or (iii) accessing the Debtors' notice and claims agent's website at http://dm.epiq11.com/sbarro. |
| **Claims** | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that currently are set to be filed by May 4, 2011, at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtors, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| **Bankruptcy Clerk's Office** | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| **Creditor with a Foreign Address** | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

*[Remainder of page intentionally left blank.]*