UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                    :

In re                                       :     Chapter 11

SBARRO, INC., *et al.*,              :     Case No. 11-11527(SCC)

                     Debtors.    :     (Jointly Administered)
-----------------------------------------------------------x

## APPOINTMENT OF OFFICIAL COMMITTEE OF
## UNSECURED CREDITORS

      Tracy Hope Davis, the United States Trustee for Region 2, hereby appoints the following creditors to the Official Committee of Unsecured Creditors pursuant to sections 1102(a) and 1102(b) of the Bankruptcy Code:

1.     GGP Limited Partnership
       Attn: Julie Minnick Bowden
       110 North Wacker Drive
       Chicago, Illinois 60606
       Phone: (312) 960-2707

2.     Pepsico
       Attn: Mike Bevilacqua
       1100 Reynolds Boulevard
       Winston Salem, NC 27105
       Phone: (336) 896-5577

3.     Performance Food Group, Inc.
       f/k/a Vistar Corporation
       Attn: Bradley W. Boe
       12650 E. Arapahoe Road
       Centennial, CO 80108
       Phone: (303) 662-7121

4.     Simon Property Group, Inc.
       Attn: Ronald M. Tucker
       225 W. Washington Street
       Indianapolis, IN 46204
       Phone: (317) 263-2346

5. The Bank of New York
    Attn: Martin Feig
    101 Barclay Street
    8 West
    New York, NY 10286
    Phone: (212) 815-5383

Dated: New York, New York
       April 12, 2011

                                        Respectfully submitted,

                                        TRACY HOPE DAVIS
                                        UNITED STATES TRUSTEE

                           By:    ***/s/ Elisabetta G. Gasparini***
                                        Trial Attorney
                                        33 Whitehall Street, 21st Floor
                                        New York, New York 10004
                                        Tel. No. (212) 510-0500
                                        Fax. No. (212) 668-2255