Scott L. Hazan
William M. Silverman
Jenette A. Barrow-Bosshart
David M. Posner
OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

*Proposed Counsel to the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| SBARRO, INC., *et al.*, | Case No. 11-11527 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------X

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as proposed counsel for the Official Committee of Unsecured Creditors of Sbarro, Inc., *et al.*, in the above-captioned cases and requests as provided in section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2002-2(c) of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules") that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon:

1855598.1

Otterbourg, Steindler, Houston & Rosen, P.C.
Counsel to Official Committee of Unsecured Creditors
230 Park Avenue
New York, New York 10169
Attention: Scott L. Hazan, Esq. (shazan@oshr.com)
William M. Silverman, Esq. (wsilverman@oshr.com)
Jenette A. Barrow-Bosshart, Esq. (jbarrow@oshr.com)
David M. Posner, Esq. (dposner@oshr.com)
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and the Local Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, plan and disclosure statement, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, electronic mail, the internet, or otherwise filed or made with regard to these cases, which affects or seeks to affect in any way any rights or interests of any party in interest in these cases.

Dated: New York, New York
April 13, 2011

**OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.**

By: /s/ David M. Posner
David M. Posner, Esq.
A Member of the Firm
230 Park Avenue
New York, NY 10169
(212) 661-9100

*Proposed Counsel to the Official Committee of Unsecured Creditors*