# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SBARRO INC., *et al.*,[1] | ) | Case No. 11-11527 (SCC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

----------------------------------------------------------------------  Ref. Docket No. 245

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        ) ss.:
COUNTY OF NEW YORK  )

JULIA BEALLER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 10, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to those parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                            */s/ Julia Bealler*
                                                                            Julia Bealler

Sworn to before me this
13th day of June, 2011

*/s/ Cassandra Murray*
_____
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sbarro, Inc. (1939); Sbarro Holdings, LLC (3819); Carmela's of Kirkman Operating, LLC (1182); Carmela's of Kirkman LLC (7703); Carmela's, LLC (8088); Corest Management, Inc. (9134); Demefac Leasing Corp. (2379); Larkfield Equipment Corp. (7947); Las Vegas Convention Center LLC (7645); Sbarro America Properties, Inc. (9540); Sbarro America, Inc. (9130); Sbarro Blue Bell Express LLC (1419); Sbarro Commack, Inc. (4007); Sbarro Express LLC (0253); Sbarro New Hyde Park, Inc. (6185); Sbarro of Las Vegas, Inc. (2853); Sbarro of Longwood, LLC (0328); Sbarro of Virginia, Inc. (2309); Sbarro Pennsylvania, Inc. (3530); Sbarro Properties, Inc. (9541); Sbarro Venture, Inc. (3182); Sbarro's of Texas, Inc. (5139); Umberto at the Source, LLC (8024); Umberto Deer Park, LLC (8728); Umberto Hauppauge, LLC (8245); Umberto Hicksville, LLC (0989); Umberto Huntington, LLC (8890); and Umberto White Plains, LLC (8159). The Debtors' service address is: 401 Broadhollow Road, Melville, New York 11747.

T:\Clients\Sbarro\Affidavits\Defective Transfers 245_Aff_6-10-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re:

SBARRO, INC., et al.,

           Debtors.

Chapter 11

Case No. 11-11527 (SCC)

Jointly Administered

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    BARTLETT DAIRY, INC.
                  105-03 150TH STREET
                  JAMAICA NY 11435

Transferee:    TANNOR PARTNERS CREDIT FUND II, LP
                  200 BUSINESS PARK DRIVE, SUITE 200
                  ARMONK NY 10504

**Your transfer of claim # 303 is defective for the reason(s) checked below:**

Not FRBP 3001(e)(1) or (3); claim ON file

Docket Number 245                    Date 06/09/11

/s/ Julia Bealler
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 10, 2011.

# EXHIBIT B

| | | | | | |
|---|---|---|---|---|---|
| BARTLETT DAIRY, INC. | 105-03 150TH STREET | | JAMAICA | NY | 11435 |
| KIRKLAND & ELLIS LLP | ATTN: JENNIFER M. BISENIUS, ESQ. | 300 N. LASALLE | CHICAGO | IL | 60654 |
| TANNOR PARTNERS CREDIT FUND II, LP | 200 BUSINESS PARK DRIVE, SUITE 200 | | ARMONK | NY | 10504 |