**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SBARRO, INC., et al.,[1] | ) | Case No. 11-11527 (SCC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Ref. Docket No. 415 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                            ) ss.:
COUNTY OF NEW YORK )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 5, 2011, I caused to be served the "Notice of Further Amendment to the DIP Credit Agreement," dated August 5, 2011 [Docket No. 415], by causing true and correct copies to be:

    i. enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    iii. delivered via facsimile to those parties listed on the annexed Exhibit C.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sbarro, Inc. (1939); Sbarro Holdings, LLC (3819); Carmela's of Kirkman Operating, LLC (1182); Carmela's of Kirkman LLC (7703); Carmela's, LLC (8088); Corest Management, Inc. (9134); Demefac Leasing Corp. (2379); Larkfield Equipment Corp. (7947); Las Vegas Convention Center LLC (7645); Sbarro America Properties, Inc. (9540); Sbarro America, Inc. (9130); Sbarro Blue Bell Express LLC (1419); Sbarro Commack, Inc. (4007); Sbarro Express LLC (0253); Sbarro New Hyde Park, Inc. (6185); Sbarro of Las Vegas, Inc. (2853); Sbarro of Longwood, LLC (0328); Sbarro of Virginia, Inc. (2309); Sbarro Pennsylvania, Inc. (3530); Sbarro Properties, Inc. (9541); Sbarro Venture, Inc. (3182); Sbarro's of Texas, Inc. (5139); Umberto at the Source, LLC (8024); Umberto Deer Park, LLC (8728); Umberto Hauppauge, LLC (8245); Umberto Hicksville, LLC (0989); Umberto Huntington, LLC (8890); and Umberto White Plains, LLC (8159). The Debtors' service address is: 401 Broadhollow Road, Melville, New York 11747.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                  */s/ Panagiota Manatakis*

Sworn to before me this                                                       Panagiota Manatakis
8th day August, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | LUTHER STRANGE 501 WASHINGTON AVENUE MONTGOMERY AL 36130 |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | TOM HORNE 1275 WEST WASHINGTON STREET PHOENIX AZ 85007 |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | DUSTIN MCDANIEL 323 CENTER STREET, SUITE 200 LITTLE ROCK AR 72201 |
| BANK OF AMERICA, NA, AS COLLATERAL AGENT | MAIL CODE: NC1-001-15-02 101 N TRYON STREET CHARLOTTE NC 28255 |
| CALIFORNIA OFFICE OF THE ATTORNEY | GENERAL, KAMALA D HARRIS 1300 "I" STREET SACRAMENTO CA 95814-2919 |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | JOHN W SUTHERS 1525 SHERMAN ST., 7TH FLOOR DENVER CO 80203 |
| CONNECTICUT OFFICE OF THE ATTORNEY | GENERAL, GEORGE C JEPSEN 55 ELM STREET HARTFORD CT 06106 |
| DAVIS POLK & WARDELL LLP, AS COUNSEL TO THE AGENT | FOR THE DEBTORS' PREPETITION FIRST LIEN LENDERS & PROPOSED POSTPETITION SECURED LENDERS ATTN: TIMOTHY GRAULICH & JINSOO KIM 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| DELAWARE OFFICE OF THE ATTORNEY GENERAL | BEAU BIDEN CARVEL STATE OFFICE BLDG 820 N FRENCH ST WILMINGTON DE 19801 |
| DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE | DEPARTMENT OF STATE ALBANY NY 12231 |
| DISTRICT OF COLUMBIA OFFICE OF | THE ATTORNEY GENERAL ACTING ATTORNEY GENERAL IRVIN B NATHAN 441 4TH STREET,NW WASHINGTON DC 20001 |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | PAM BONDI THE CAPITOL PL-01 TALLAHASSEE FL 32399-1050 |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | SAM OLENS 40 CAPITOL SQUARE, SW ATLANTA GA 30334 |
| HAWAII DEPARTMENT OF THE ATTORNEY | GENERAL, DAVID M LOUIE 425 QUEEN STREET HONOLULU HI 96813 |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | LISA MADIGAN 100 WEST RANDOLPH STREET CHICAGO IL 60601 |
| INDIANA OFFICE OF THE ATTORNEY GENERAL | GREG ZOELLER INDIANA GOVERNMENT CENTER SOUTH 302 W. WASHINGTON ST., 5TH FLOOR NDIANAPOLIS IN 46204 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| IOWA OFFICE OF THE ATTORNEY GENERAL | TOM MILLER 1305 E. WALNUT STREET DES MOINES IA 50319 |
| JOSEPH DI GIOVANNA & EILEEN DI GIOVANNA | 48 REDAN DRIVE SMITHTOWN NY 11787 |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | DEREK SCHMIDT MEMORIAL HALL, 2ND FLOOR 120 SW 10TH STREET TOPEKA KS 66612 |
| KARL VOIGHT, RUBENS FAYETTE, NANCY CIOLLI, | LOUIS PERROTA, ET AL PLAINTIFFS HOFFMAN & ASSOCIATES 450 7TH AVENUE SUITE 1400 NEW YORK NY 10123 |
| KARL VOIGHT, RUBENS FAYETTE, NANCY CIOLLI, LOUIS | PERROTA, ET AL C/O SHAVITZ LAW GROUP 1515 FEDERAL HIGHWAY SUITE 404 BOCA RATON FL 33432 |
| KENTUCKY OFFICE OF THE ATTORNEY GENERAL | JACK CONWAY CAPITOL SUITE 118 700 CAPITOL AVENUE FRANKFORT KY 40601-3449 |
| KIRKLAND & ELLIS LLP | COUNSEL TO THE DEBTORS & DEBTORS IN POSSESSION ATTN: JAMES H.M. SPRAYREGEN, PC, EDWARD O SASSOWER NICOLE L GREENBLATT, PAUL WIERBICKI, ESQS. 601 LEXINGTON AVENUE NEW YORK NY 10022-4611 |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | JAMES D BUDDY CALDWELL 1885 N. THIRD STREET BATON ROUGE LA 70802 |
| MAINE OFFICE OF THE ATTORNEY GENERAL | WILLIAM J SCHNEIDER 6 STATE HOUSE STATION AUGUSTA ME 04333 |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | DOUGLAS F GANSLER 200 ST. PAUL PLACE BALTIMORE MD 21202 |
| MASSACHUSETTS OFFICE OF THE ATTORNEY | GENERAL, MARTHA COAKLEY ONE ASHBURTON PLACE BOSTON MA 02108-1518 |
| MICHIGAN OFFICE OF THE ATTORNEY GENERAL | BILL SCHUETTE G. MENNEN WILLIAMS BUILDING, 7TH FLOOR 525 W. OTTAWA ST. LANSING MI 48909 |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | LORI SWANSON 1400 BREMER TOWER 445 MINNESOTA STREET ST PAUL MN 55101-2131 |
| MISSISSIPPI OFFICE OF THE ATTORNEY | GENERAL, JIM HOOD WALTER SILLERS BUILDING 550 HIGH STREET, SUITE 1200 JACKSON MS 39201 |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | CHRIS KOSTER SUPREME COURT BUILDING 207 W. HIGH ST. JEFFERSON CITY, MO 65102 |
| NATIXIS, NEW YORK BRANCH | 1251 AVENUE OF THE AMERICAS 34TH FL NEW YORK NY 10020 |
| NEBRASKA OFFICE OF THE ATTORNEY GENERAL | JON BRUNNING 2115 STATE CAPITOL LINCOLN NE 68509 |
| NEVADA OFFICE OF THE ATTORNEY GENERAL | CATHERINE CORTEZ MASTO 100 NORTH CARSON STREET CARSON CITY NV 89701-4717 |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY | GENERAL MICHAEL A DELANEY 33 CAPITOL STREET CONCORD NH 03301 |
| NEW JERSEY OFFICE OF THE ATTORNEY | GENERAL PAULA T DOW P.O. BOX 080 TRENTON NJ 08625-0080 |

| Claim Name | Address Information |
|---|---|
| NEW MEXICO OFFICE OF THE ATTORNEY | GENERAL GARY KING 408 GALISTEO STREET VILLAGRA BUILDING SANTA FE NM 87501 |
| NEW YORK OFFICE OF THE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN DEPARTMENT OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 |
| NEW YORK STATE DEPT OF TAXATION & FINANCE | DEPARTMENT OF STATE ONE COMMERCE PLAZA 99 WASHINGTON AVE ALBANY NY 12231 |
| NICK DELLA SPERANZA & GENEVIEVE SPERANZA | 54 ROUNDTREE DRIVE MELVILLE NY 11747 |
| NORTH CAROLINA OFFICE OF THE ATTORNEY | GENERAL ROY COOPER 9001 MAIL SERVICE CENTER RALEIGH NC 27699-9001 |
| OFFICE OF THE UNITED STATES TRUSTEE | SOUTHERN DISTRICT OF NEW YORK ATTN ELISABETTA GASPARINI & PAUL K SCHWARTZBERG 33 WHITEHALL STREET, 21ST FLOOR NEW YORK NY 10004 |
| OHIO OFFICE OF THE ATTORNEY GENERAL | MIKE DEWINE 30 E. BROAD ST., 17TH FLOOR COLUMBUS OH 43215 |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | E SCOTT PRUITT 313 NE 21ST STREET OKLAHOMA CITY OK 73105 |
| OREGON OFFICE OF THE ATTORNEY GENERAL | JOHN KROGER 1162 COURT STREET NE SALEM OR 97301-4096 |
| OTTERBOURG STEINDLER HOUSTON & ROSEN PC | COUNSEL TO THE SBARRO OFFICIAL COMMITTEE OF UNSECURED CREDITORS ATTN SCOTT L HAZEN, WILLIAM M SILVERMAN, JENETTE A BARROW-BOSSHART, DAVID M POSNER, ESQS 230 PARK AVENUE NEW YORK NY 10169 |
| PAY O MATIC CHECK CASHING CORP | 160 OAK DR SYOSSET NY 11791 |
| PENNSYLVANIA OFFICE OF THE ATTORNEY | GENERAL, WILLIAM H RYAN JR 16TH FLOOR, STRAWBERRY SQUARE HARRISBURG PA 17120 |
| QUINN EMANUEL URQUHART & SULLIVAN LLP, AS COUNSEL | TO THE AGENT FOR SBARROS' PREPETITION SECOND LIEN HOLDER ATTN: SUSHEEL KIRPALANI, SCOTT SHELLEY, D HOLZMAN 51 MADISON AVENUE 22ND FLOOR NEW YORK NY 10010 |
| RHODE ISLAND OFFICE OF THE ATTORNEY | GENERAL, PETER KILMARTIN 150 SOUTH MAIN STREET PROVIDENCE RI 02903 |
| RICHARD HYNES & KATHERINE HYNES | 82-03 242 STREET BELLEROSE NY 11426 |
| RICHARD HYNES, KATHERINE HYNES, ET AL | C/O WEINSTEIN GROUP, PC 10 NEWTON PLACE, STE 201 HAUPPAUGE NY 11788 |
| SECURITIES AND EXCHANGE COMMISSION | NORTHEAST REGIONAL 3 WORLD FINANCIAL CENTER SUITE 400 NEW YORK NY 10281-1022 |
| SIMON PROPERTY GROUP INC | ATTN RONALD M TUCKER ESQ 225 WEST WASHINGTON ST INDIANAPOLIS IN 46204 |
| SOUTH CAROLINA OFFICE OF THE ATTORNEY | GENERAL, ALAN WILSON REMBERT DENNIS BUILDING 1000 ASSEMBLY STREET, ROOM 519 COLUMBIA SC 29201 |
| SUFFOLK COUNTY OF COMMISSION OF TAXATION & FINANCE | CIVIL ENFORCEMENT C/O ATC W.A. HARRIMAN STATE CAMPUS ALBANY NY 12227 |
| SULLIVAN & CROMWELL LLP, AS COUNSEL TO THE AD HOC | GROUP OF CERTAIN HOLDERS OF SBARRO'S SENIOR NOTES, ARES CORPORATE OPPORTUNITIES FUND II, L.P. ATTN: ANDREW G DIETDERICH 125 BROAD STREET NEW YORK NY 10004 |
| SUSAN GRAHAM | 205 KENT AVE LINDENHURST NY 11757 |
| TENNESSEE OFFICE OF THE ATTORNEY GENERAL AND | REPORTER, ROBERT E COOPER JR ALSO FOR THE TENNESSEE DEPARTMENT OF REVENUE ATTN: MARVIN E CLEMENTS JR, BANKRUPTCY DIVISION PO BOX 20207 NASHVILLE TN 37202-0207 |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | GREG ABBOTT 300 W. 15TH STREET AUSTIN TX 78701 |
| THE BANK OF NEW YORK, INDENTURE TRUSTEE FOR THE | SENIOR NOTES, ATTN: CORPORATE TRUST DIVISION – CORPORATE FINANCE UNIT 101 BARCLAY STREET, SW NEW YORK NY 10286 |
| THE PEOPLE OF THE STATE OF NEW YORK | RE: FILE NUMBER A67020063, DATED 10/3/02 COHALAN COURT COMPLEX 400 CARLETON AVENUE CENTRAL ISLIP NY 11722 |
| UTAH OFFICE OF THE ATTORNEY GENERAL | MARK SHURTLEFF UTAH STATE CAPITOL COMPLEX 350 NORTH STATE STREET SUITE 230 SLC UT 84114-2320 |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | WILLIAM H SORRELL 109 STATE STREET MONTPELIER VT 05609-1001 |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | KENNETH T CUCCINELLI II 900 EAST MAIN STREET RICHMOND VA 23219 |
| WASHINGTON OFFICE OF THE ATTORNEY | GENERAL, ROB MCKENNA 1125 WASHINGTON STREET SE OLYMPIA WA 98504-0100 |
| WEST VIRGINIA OFFICE OF THE ATTORNEY | GENERAL, DARRELL MCGRAW WEST VIRGINIA STATE CAPITOL COMPLEX BUILDING 1, ROOM 26-E CHARLESTON WV 25305 |
| WILMINGTON TRUST FSB, AS AGENT FOR THE SECOND | LIEN LENDER; ATTN: RENEE KUHL 50 SOUTH SIXTH STREET, SUITE 1290 MINNEAPOLIS MN 55402 |
| WISCONSIN OFFICE OF THE ATTORNEY GENERAL | JB VAN HOLLEN P.O. BOX 7857 MADISON WI 53707-7857 |

| Claim Name | Address Information |
|---|---|
| WYOMING OFFICE OF THE ATTORNEY GENERAL | BRUCE A SALZBURG 123 CAPITOL BUILDING 200 W. 24TH STREET CHEYENNE WY 82002 |

**Total Creditor count 71**

**EXHIBIT B**

***EMAIL***
AGBANKNEWYORK@AG.TN.GOV
DANIELHOLZMAN@QUINNEMANUEL.COM
DIETDERICHA@SULLCROM.COM
DPOSNER@OSHR.COM
EDWARD.SASSOWER@KIRKLAND.COM
JBARROW@OSHR.COM
JBEALLER@EPIQSYSTEMS.COM
JINSOO.KIM@DAVISPOLK.COM
NEWYORK@SEC.GOV
NICOLE.GREENBLATT@KIRKLAND.COM
PAUL.WIERBICKI@KIRKLAND.COM
RKUHL@WILMINGTONTRUST.COM
SCOTTSHELLEY@QUINNEMANUEL.COM
SECBANKRUPTCY@SEC.GOV
SHAZAN@OSHR.COM
SUSHEELKIRPALANI@QUINNEMANUEL.COM
TIMOTHY.GRAULICH@DAVISPOLK.COM
WSILVERMAN@OSHR.COM

***EMAIL***

- RTUCKER@SIMON.COM
- MEYERS@BALLARDSPAHR.COM
- POLLACK@BALLARDSPAHR.COM
- RGOLD@FBTLAW.COM
- JBWELLS@FBTLAW.COM
- EBCALVO@PBFCM.COM
- JKURTZMAN@KLEHR.COM
- ACONWAY@TAUBMAN.COM
- ILAN.MARKUS@LECLAIRRYAN.COM
- ARAVAL@MILBANK.COM
- BKINNEY@MILBANK.COM
- JHAMPTON@SAUL.COM
- MRAND@SAUL.COM
- THOMAS.LEANSE@KATTENLAW.COM
- DUSTIN.BRANCH@KATTENLAW.COM
- RDAVIS@CAFAROCOMPANY.COM
- DALLAS.BANKRUPTCY@PUBLICANS.COM
- BANKRUPTCY@NTEXAS-ATTORNEYS.COM
- KNEWMAN@MENTERLAW.COM
- GGPBK@GGP.COM
- BRAD.ERIC.SCHELER@FRIEDFRANK.COM
- BONNIE.STEINGART@FRIEDFRANK.COM
- PETER.SIROKA@FRIEDFRANK.COM
- S.TAITZ@RTTPLAW.COM
- FBR@ROBINSONBROG.COM
- YHUMPHREY@PBFCM.COM
- PATRICK.BARTELS@MONARCHLP.COM
- STUART.KING@MONARCHLP.COM
- RMETH@FOXROTHSCHILD.COM
- JLOSARDO@BBWG.COM
- SDNYECF@DOR.MO.GOV
- HOUSTON_BANKRUPTCY@PUBLICANS.COM
- NNEWMAN@HANSONBRIDGETT.COM
- ECHARLEY@HANSONBRIDGETT.COM
- THORAN@WCSR.COM
- CLYNCH@GOULSTONSTORRS.COM
- VPECK@GOULSTONSTORRS.COM
- NICLAS.FERLAND@LECLAIRRYAN.COM
- JFRANK@FGLLP.COM
- CMGUASTELLO@VENABLE.COM
- DYUZEK@INGRAMLLP.COM
- COURTNEY.SYDNOR@LOUDOUN.GOV
- KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
- NOLA.BENCZE@BIPC.COM
- SCHRISTIANSON@BUCHALTER.COM
- SCARROLL@PERKINSCOIE.COM
- SPOLARD@PERKINSCOIE.COM
- NHAZAN@MWE.COM
- JKAPP@MWE.COM
- CMOMJIAN@ATTORNEYGENERAL.GOV
- SGANGEMI@GANGEMILAW.COM
- MCONZELMANN@TRESSLERLLP.COM
- HARRISJ12@MICHIGAN.GOV
- DALUZT@BALLARDSPAHR.COM
- CHOWC@BALLARDSPAHR.COM
- ZUGERMANJ@BALLARDSPAHR.COM
- MMOODY@OROURKEANDMOODY.COM
- FIRM@OROURKEANDMOODY.COM
- JSCHAIN@INGRAMLLP.COM
- MMOONEY@DEILYLAWFIRM.COM
- SWISOTZKEY@KMKSC.COM
- JCHANCAS@BORAHGOLDSTEIN.COM
- AGBANKNEWYORK@AG.TN.GOV
- RPEDONE@NIXONPEABODY.COM
- KNASH@GWFGLAW.COM
- KJNASH@FINKGOLD.COM
- KOGBURN@HORACKTALLEY.COM
- CBELMONTE@SSBB.COM
- PBOSSWICK@SSBB.COM

**EXHIBIT C**

| NAME | FAX |
|---|---|
| BANK OF NY ATTN CORPORATE TRUST DIV | 212-815-5704 |
| US TRUSTEE E GASPARINI P SCHWARTZBERG | 212-668-2255 |
| INTERNAL REVENUE SERVICE IRS | 267-941-1015 |